Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Bruce Earl Price and Angela Jocelyn Price
Debtor

                                              Case No.:
                                              Chapter 11

Charles M. Forman
Plaintiff

v.

Amboy National Bank
Defendant

Adv. Proc. No. 06–01619–MBK                       Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 7, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 16 – 4
Opinion (related document:[4] Motion For Summary Judgment RE: to Dismiss Complaint in favor of Amboy National Bank and against Trustee, Charles Forman, Motion to Dismiss Adversary Proceeding filed by Defendant Amboy National Bank). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 2/6/2007. (slf, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2007
JJW: slf

                                                                      James J. Waldron
                                                                      Clerk